LATHAM & WATKINS LLP
   Niall E. Lynch (Bar No. 157959)
   *niall.lynch@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Attorney for Defendants
FERRELLGAS PARTNERS, L.P. and
FERRELLGAS, L.P.

FOLEY & LARDNER LLP
   Tammy H. Boggs (Bar No. 252538)
   *tboggs@foley.com*
3579 Valley Centre Drive, Suite 300
San Diego, California  92130
Telephone:  +1.858.847.6700
Facsimile:  +1.858.792.6773

Attorney for Defendants
AMERIGAS PARTNERS, L.P., AMERIGAS
PROPANE L.P., and AMERIGAS PROPANE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN VENEZIA, MICHAEL S. HARVEY, GREGORY LUDVIGSEN, ARTHUR HULL, and ALAN ROCKWELL, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FERRELLGAS PARTNERS, L.P., a limited partnership; FERRELLGAS, L.P., a limited partnership d/b/a Blue Rhino; AMERIGAS PARTNERS, L.P., a limited partnership, and AMERIGAS PROPANE, L.P., a limited partnership d/b/a AmeriGas Cylinder Exchange, and AMERIGAS PROPANE, INC., a corporation,<br><br>Defendants. | CASE NO. 3:14-CV-03141-NC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: 14-CV-03141-NC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs Sean Venezia, Michael S. Harvey, Gregory Ludvigsen, Arthur Hull, and Alan Rockwell, by and through their respective counsel ("Plaintiffs"), and Defendants Ferrellgas Partners, L.P., Ferrellgas, L.P., AmeriGas Partners, L.P., AmeriGas Propane, L.P., and AmeriGas Propane, Inc., by and through their respective counsel (collectively, "Defendants"), hereby stipulate the following:

WHEREAS, on July 10, 2014, Plaintiffs, individually and on behalf of all others similarly situated, filed a complaint captioned *Sean Venezia v. Ferrellgas Partners, L.P. et al.*, No. 3:14-cv-03141, a putative class action alleging violations of Section 1 of the Sherman Act, State Antitrust and Unfair Competition Laws, and State Consumer Protection and Unfair Competition Laws;

WHEREAS, pursuant to the July 11, 2014 Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference was scheduled for October 8, 2014 at 10:00 AM;

WHEREAS, over thirty similar actions have been filed against Defendants in at least six other courts—the United States District Court for the Western District of Missouri, the United States District Court for the District of Kansas, the United States District Court for the Southern District of California, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Eastern District of Louisiana, and the United States District Court for the Central District of California.  These actions raise allegations and claims similar to those asserted in the Complaint pending before this Court.  Motion practice regarding the appropriate forum for consolidation and/or transfer of this case and over thirty others is currently underway before the Joint Panel on Multidistrict Litigation ("JPML").  *See* JPML Docket No. 2567, *In re Pre-Filled Propane Tank Antitrust Litigation*;

WHEREAS, the JPML has set a hearing on the Motion to Transfer and Consolidate on October 2, 2014, which necessitates the requested continuance;

WHEREAS, no prior extension has been requested;

WHEREAS, in order to avoid the unnecessary expenditure of the Court's and parties' resources prior to the JPML's ruling on the Motion to Transfer and Consolidate, the parties agree

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Case Number: 14-CV-03141-NC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CASE MANAGEMENT CONFERENCE

1  to continue the Initial Case Management Conference until after the Motion to Transfer and
2  Consolidate has been adjudicated, motions to dismiss have been filed and resolved, and an
3  answer has been filed in this case; and
4         WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights,
5  arguments, or defenses otherwise available to the parties to this action.
6         NOW, THEREFORE, in the interest of judicial economy and good cause showing, the
7  undersigned parties, by and through their counsel of record, stipulate as follows:
8         The Initial Case Management Conference, currently scheduled for October 8, 2014 at
9  10:00 AM, shall be continued until thirty days after an answer is filed in this case, with the other
10 dates set by the Order Setting Initial Case Management Conference and ADR Deadlines
11 continued accordingly.
12        The parties respectfully request that the Court enter an Order approving this Stipulation.
13        IT IS SO STIPULATED.
14
15 Dated:  September 17, 2014                    Respectfully submitted,
                                                **LATHAM & WATKINS LLP**
16
17                                              By: /s/ Niall E. Lynch
                                                    Niall E. Lynch
18
                                                LATHAM & WATKINS LLP
19                                              Niall E. Lynch
                                                505 Montgomery Street, Suite 2000
20                                              San Francisco, California  94111-6538
                                                Telephone:  (415) 391-0600
21                                              Facsimile:  (415) 395-8095
                                                niall.lynch@lw.com
22
                                                *Attorney for Defendants*
23                                              *Ferrellgas Partners, L.P. and Ferrellgas, L.P.*
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   Case Number: 14-CV-03141-NC
    STIPULATION AND [PROPOSED] ORDER RE:
    INITIAL CASE MANAGEMENT CONFERENCE

Dated:  September 17, 2014

Respectfully submitted,
**FOLEY & LARDNER LLP**

By: /s/ Tammy H. Boggs
    Tammy H. Boggs

FOLEY & LARDNER LLP
Tammy H. Boggs
3579 Valley Centre Drive, Suite 300
San Diego, CA  92130
Telephone:  (858) 847-6700
Facsimile:  (858) 792-6773
tboggs@foley.com

*Attorney for Defendants AmeriGas Partners, L.P., AmeriGas Propane, L.P. and AmeriGas Propane, Inc.*

Dated:  September 17, 2014

Respectfully submitted,
**LUKAS, NACE, GUTIERREZ & SACHS, LLP**

By: /s/ Brooks E. Harlow
    Brooks E. Harlow

LUKAS, NACE, GUTIERREZ & SACHS, LLP
Brooks E. Harlow
8300 Greensboro Drive, Suite 1200
McLean, VA  22101
Telephone:  (703) 584-8678
Facsimile:  (703) 584-8694
bharlow@fcclaw.com

*Attorney for Plaintiffs Sean Venezia, Michael S. Harvey, Gregory Ludvigsen, Arthur Hull and Alan Rockwell*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

Case Number: 14-CV-03141-NC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CASE MANAGEMENT CONFERENCE

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case management conference schduled
2 for November 12, 2014 at 10:00 a.m. Joint case management statement due November 5, 2014.

3 DATED: September 19, 2014  _____
4 Hon. Nathanael M. Cousins
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Case Number: 14-CV-03141-NC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CASE MANAGEMENT CONFERENCE

## ATTESTATION CLAUSE

I, Niall Lynch, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Initial Case Management Conference pursuant to Civil Local Rule 5-1. I hereby attest that Tammy Boggs and Brooks Harlow have concurred in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of September, 2014 at San Francisco, California.

Dated: September 17, 2014          **LATHAM & WATKINS LLP**

By: /s/ Niall E. Lynch
       Niall E. Lynch

*Attorney for Defendants*
*Ferrellgas Partners, L.P. and Ferrellgas, L.P.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

Case Number: 14-CV-03141-NC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CASE MANAGEMENT CONFERENCE